1 Cyrus Safa
Nevada Bar No: 13241
2 Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
3 Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
4 Fax: (562) 868-5491
E-mail rohlfing.office@rohlfinglaw.com
5
Gerald M. Welt
6 Attorney at Law: 1575
703 S. Eight St.
7 Las Vegas, NV 89101
Tel.: (702)382-2030
8 Fax: (702)684-5157

9 Attorneys for Plaintiff
TRINA GUNNARSON

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRINA GUNNARSON | Case No.: 3:19-cv-00020-MMD-WGC |
| Plaintiff, | STIPULATION TO EXTEND TIME TO FILE PLAINTIFF'S MOTION FOR REVERSAL AND/OR REMAND |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | (FIRST REQUEST) |
| Defendant. | |

Plaintiff Trina Gunnarson and Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 14 days from May 22, 2019

-1-

to June 5, 2019 for Plaintiff to file a motion for reversal and/or remand, with all other dates in the Court's Order extended accordingly. This is Plaintiff's first request for an extension. This request is made at the request of Plaintiff's counsel who will be on a previously schedule leave on the due date.

DATE: May 21, 2019  Respectfully submitted,

LAWRENCE D. ROHLFING

/s/ *Cyrus Safa*

BY: _____
Cyrus Safa
Attorney for plaintiff Trina Gunnarson

DATE:  May 21, 2019

NICHOLAS A. TRUTANICH
United States Attorney

/s/ *Beatrice Na*

BY: _____
Beatrice Na
Special Assistant United States Attorney
Attorneys for defendant Nancy A. Berryhill
Acting Commissioner of Social Security
|*authorized by e-mail|

IT IS SO ORDERED:

_____
U.S. MAGISTRATE JUDGE

DATED: May 23, 2019.