1  NICHOLAS A. TRUTANICH
   United States Attorney
2  DEBORAH LEE STACHEL
   Regional Chief Counsel, Region IX
3  Social Security Administration
   MICHAEL K. MARRIOTT, CSBN 280890
4  Special Assistant United States Attorney
5      160 Spear Street, Suite 800
       San Francisco, California 94105
6      Telephone: (415) 977-8985
       Facsimile: (415) 744-0134
7      E-Mail: Michael.Marriott@ssa.gov

8  Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**RENO DIVISION**

| | |
|---|---|
| TRINA GUNNARSON, | Case No: 3:19-cv-00020-MMD-WGC |
| Plaintiff | |
| v. | **STIPULATION FOR EXTENSION OF TIME TO FILE DEFENDANT'S CROSS MOTION TO AFFIRM** |
| ANDREW SAUL, Commissioner of Social Security, | **(First Request)** |
| Defendant. | |

Defendant Andrew Saul, Commissioner of Social Security, hereby requests an extension of time of thirty days to Friday, August 23, 2019, to prepare and file his cross motion to affirm. This is the Commissioner's first request for an extension.

Defendant respectfully requests this extension of time because of a very heavy workload, including eleven district court merits briefs due in the next month, as well as a Ninth Circuit case at the responsive briefs stage.

On July 24, 2019, Plaintiff's counsel informed Defendant by email that he had no objection to this extension.

Respectfully submitted,

Date: July 24, 2019        LAW OFFICES OF LAWRENCE D. ROHLFING

By: /s/*Cyrus Safa
CYRUS SAFA
*authorized by email July 24, 2019

Attorney for Plaintiff

Date: July 24, 2019        NICHOLAS A. TRUTANICH
United States Attorney

By: /s/ Michael K. Marriott
MICHAEL K. MARRIOTT
Assistant Regional Counsel

Attorneys for Defendant

Of Counsel
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

IT IS SO ORDERED.

DATE: July 24, 2019

*William G. Cobb*
HONORABLE WILLIAM G. COBB
United States Magistrate Judge