NICHOLAS A. TRUTANICH
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    E-Mail: Michael.Marriott@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**RENO DIVISION**

| | |
|---|---|
| TRINA GUNNARSON, | Case No: 3:19-cv-00020-MMD-WGC |
| Plaintiff | |
| v. | **STIPULATION FOR EXTENSION OF TIME TO FILE DEFENDANT'S CROSS MOTION TO AFFIRM** |
| ANDREW SAUL, Commissioner of Social Security, | **(Second Request)** |
| Defendant. | |

    Defendant Andrew Saul, Commissioner of Social Security, hereby requests an extension of time of thirty days to Monday, September 23, 2019, to prepare and file his cross motion to affirm. This is the Commissioner's second request for an extension.

    Upon review of the record and Plaintiff's MSJ, the undersigned believes that this case may warrant voluntary remand in lieu of further litigation. Therefore, the undersigned respectfully requests this additional time to attempt to obtain remand authority from the agency.

On August 22, 2019, Plaintiff's counsel informed Defendant by email that he had no objection to this extension.

Respectfully submitted,

Date: August 23, 2019

LAW OFFICES OF LAWRENCE D. ROHLFING

By: /s/*Cyrus Safa
CYRUS SAFA
*authorized by email August 22, 2019

Attorney for Plaintiff

Date: August 23, 2019

NICHOLAS A. TRUTANICH
United States Attorney

By: /s/ Michael K. Marriott
MICHAEL K. MARRIOTT
Assistant Regional Counsel

Attorneys for Defendant

Of Counsel
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

IT IS SO ORDERED.

DATE: August 26, 2019.

William G. Cobb
HONORABLE WILLIAM G. COBB
United States Magistrate Judge

-2-