NICHOLAS A. TRUTANICH
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    E-Mail: Michael.Marriott@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

### RENO DIVISION

| | |
|---|---|
| TRINA GUNNARSON, | Case No: 3:19-cv-00020-MMD-WGC |
|     Plaintiff | |
| v. | **STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)** |
| ANDREW SAUL, Commissioner of Social Security, | |
|     Defendant. | |

    IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to <u>sentence four</u> of 42 U.S.C. § 405(g).

-1-

Upon remand to the defendant, the Office of Disability Adjudication and Review will remand this case to an Administrative Law Judge with instructions to reconsider the opinion of consultative examiner Dr. Richard Cestkowski and explain what weight is given to this opinion. The ALJ shall then reassess Plaintiff's residual functional capacity based on the entire evidence of record, complete the sequential evaluation process, and issue a new decision.

Respectfully submitted,

Date: September 25, 2019

LAW OFFICES OF LAWRENCE D. ROHLFING

By: /s/ Cyrus Safa*
CYRUS SAFA
*authorized by email on September 25, 2019
Attorney for Plaintiff

Date: September 25, 2019

NICHOLAS A. TRUTANICH
United States Attorney

By: /s/ Michael K. Marriott
MICHAEL K. MARRIOTT
Assistant Regional Counsel
Attorneys for Defendant

Of Counsel
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

IT IS SO ORDERED.

DATE: September 26, 2019

HONORABLE MIRANDA M. DU
UNITED STATES DISTRICT JUDGE